**STATE of Missouri, Respondent,**

v.

**Bryant K. ATTY, Appellant.**

**Bryant K. ATTY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 46036, WD 47538.**

Missouri Court of Appeals,
Western District.

May 17, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 28, 1994.

Lorry L. Kohrs, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and FENNER and SPINDEN, JJ.

***ORDER***

PER CURIAM:

Consolidated appeal from convictions of one count of murder in the second degree, one count of assault in the first degree, two counts of armed criminal action, and from the denial of a Rule 29.15 motion for post-conviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).

**Gary HENDERSON, Respondent,**

v.

**David VINK, Appellant.**

**No. WD 48380.**

Missouri Court of Appeals,
Western District.

May 17, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 28, 1994.

Kenneth Morgens, Kansas City, for appellant.

Carl Bussey, Kansas City, for respondent.

Before HANNA, P.J., and BRECKENRIDGE and ELLIS, JJ.

***ORDER***

PER CURIAM.

Defendant David Vink appeals the trial courts decision in favor of plaintiff based on a finding that the defendant did not establish a valid common law artisan's lien on plaintiff's automobile and was therefore guilty of conversion.

Judgment affirmed. Rule 84.16(b).